# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD ALLEN LANCASTER,<br><br>Defendant. | 3:24-cr-00010-ART-CLB<br><br><br>**ORDER GRANTING ECF No. 37** |

Based on the parties' stipulation, and good cause appearing, it is ordered that the Government Response deadline to the Defendant's Motion to Suppress [ECF No. 35] currently due on **June 17, 2025,** is extended to **June 30, 2025,** and the deadline for the Defense to Reply is extended to **July 14, 2025.**

DATED this 6th day of June, 2025.

_____
HONORABLE ANNE R. TRAUM
U.S. DISTRICT JUDGE