# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RICHARD LANCASTER,

Defendant.

Case No. 3:24-cr-00010-ART-CLB

**ORDER GRANTING**

**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY**
(First Request)

IT IS HEREBY STIPULATED AND AGREED, by and between TODD BLANCHE, Deputy Attorney General of the United States, and RANDOLPH J. ST. CLAIR, Assistant United States Attorney, counsel for the United States of America, and RENE L. VALLADARES, Federal Public Defender, and SEAN A. MCCLELLAND, Assistant Federal Public Defender, counsel for RICHARD LANCASTER, that deadline for the Defendant's reply to the Motion for Reconsideration ECF No. 56, currently due on **Friday, January 16, 2026,** be extended to **Tuesday, January 20, 2026.** This stipulation is requested mindful of the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

This is the first stipulation to extend the reply deadline to the Defendant's Motion for Reconsideration (ECF 56).

DATED 15th day of January, 2026.

RENE L. VALLADARES                     TODD BLANCHE
Federal Public Defender                Deputy Attorney General of the United States

By:*/s/ Sean A. McClelland*_____    By:*/s/Randolph J. St. Clair*_____
SEAN A. MCCLELLAND                     RANDOLPH J. ST. CLAIR
Assistant Federal Public Defender      Assistant United States Attorney
Counsel for RICHARD LANCASTER          Counsel for the Government

**IT IS SO ORDERED.**

**DATED** this 16th day of January, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2